UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>   -vs-<br><br>MUHAMMED ZBEIDA TILLISY,<br><br>                   Defendant. | NO.  CR-05-0035-LRS<br><br>ORDER RE PENDING MOTIONS<br>AND SETTING STATUS CONFERENCE |

    Muhammed Tillisy (defendant) was convicted of Conspiracy to Commit Credit Card Fraud for which amended judgment was entered on October 18, 2005 (Ct. Rec. 75). After careful consideration of applicable sentencing guidelines as well as the factors set out in 18 U.S.C. § 3553, a sentence of 51 months was imposed, far below the maximum which could have been imposed. The defendant's appeal to the Ninth Circuit was rejected in the unanimous memorandum decision entered on or about November 17, 2006. The appellate court expressly found that the defendant's sentence was not unreasonable. He was represented by legal counsel at all stages of the proceedings through completion of his appeal.

    Since then, Defendant has filed a series of motions pro se. The Court granted Defendant's motion for appointment of counsel and on February 11, 2008, current counsel, Mr. Niesen, was appointed. On March 19, 2008, the Court held a telephonic status conference with defense

ORDER - 1

counsel. Assistant United States Attorney Tom Rice appeared for the government.

At the conference, defense counsel informed the Court that Defendant's motions, **Ct. Recs. 113, 118, 121**, are **WITHDRAWN**, based on authority from his client.

A telephonic status conference is set for **April 18, 2008 at 9:00 a.m.** on the public conference line. Counsel shall call **509-573-6932** at the time set for the conference.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and furnish copies to defendant.

DATED this 24th day of March, 2008.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2