UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR-05-0035-LRS |
| Plaintiff, | ) | |
| | ) | ORDER DENYING MOTION TO DISMISS |
| -vs- | ) | |
| | ) | |
| MUHAMMED ZBEIDA TILLISY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Muhammed Tillisy (defendant) was convicted of Conspiracy to Commit Credit Card Fraud for which judgment was entered on October 28, 2005 (Ct. Rec. 79).

Defendant Tillisy, proceeding *pro se*, filed a Motion to Dismiss pursuant to 22 U.S.C. 254 D, B (Ct. Rec. 154) on January 26, 2009. Defendant did not note the hearing pursuant to Local Rules.

Defendant asserts that he has been certified by the Libyan Embassy by Mr. Madher Ahmad, as being the son of a diplomat to the Libyan Mission which allows him to enjoy the privilege of immunity.  Based on this representation, Defendant requests that he be released for the remainder of his imprisonment.  Defendant has filed no supporting evidence of his diplomatic status.

Foreign Diplomatic and Consular Officers

ORDER - 1

§ 254d. Dismissal on motion of action against individual entitled to immunity

Any action or proceeding brought against an individual who is entitled to immunity with respect to such action or proceeding under the Vienna Convention on Diplomatic Relations, under section 254b or 254c of this title, or under any other laws extending diplomatic privileges and immunities, shall be dismissed. Such immunity may be established upon motion or suggestion by or on behalf of the individual, or as otherwise permitted by law or applicable rules of procedure.

§ 254b. Privileges and immunities of mission of nonparty to Vienna Convention

With respect to a nonparty to the Vienna Convention, the mission, the members of the mission, their families, and diplomatic couriers shall enjoy the privileges and immunities specified in the Vienna Convention.

22 U.S.C. § 254d, b.

Defendant Tillisy suggests that he is immune from criminal prosecution by virtue of diplomatic immunity.  Based on the information before this Court, Defendant Tillisy does not appear to be entitled to diplomatic immunity.  This court concludes that Tillisy is not a member of the Libyan mission entitled to immunity from criminal prosecution.

The defendant's Motion To Dismiss, Ct. Rec. 154, is **DENIED**.

**IT IS SO ORDERED**.  The District Court Executive is hereby directed to file this Order and furnish a copy to defendant.

DATED this 13th day of March, 2009.

*S/ Lonny R. Suko*

_____

LONNY R. SUKO

UNITED STATES DISTRICT JUDGE

ORDER - 2